United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN PIMENTEL,

    Plaintiff,

v.

WELLS FARGO, N.A.,

    Defendant.

Case No. 14-cv-05004-EDL

**ORDER REFERRING CASE TO MEDIATION**

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter is referred for mediation through the Court's Alternative Dispute Resolution department. The mediation session shall take place within 120 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: August 20, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge